# ADDENDA.

Cases believed not to be of sufficient general importance to be reported in full.

## FIRST DEPATMENT.

### GENERAL TERMS, MARCH AND MAY, 1874.

GREENE v. MAYOR, ETC., OF THE CITY OF NEW YORK, appellants.

*New York City — Contracts for work made without advertising for sealed proposals.*

Chapter 383, Laws of 1870, § 6, authorizing the comptroller of the city of New York to borrow $500,000 for the improvement of the lower reservoir and for increasing the supply of water in the lower part of the city, under the direction of the Department of Public Works, vests no *discretion* in the commissioner, in regard to contracts for work, dispensing with bids. Contracts made by him for work under that section, without advertising for or inviting sealed proposals, as required by § 104, chap. 137, Laws of 1870, are therefore invalid. *Navarro v. Van Nort*, 64 Barb. 205, distinguished.

APPEAL from a judgment in favor of plaintiff entered upon the verdict of a jury.

John B. Greene brought this action to recover for work done for the defendants under a contract with the Department of Public Works. Defendant objected that it was made without advertising for sealed proposals, as required by sec. 104, chap. 137, Laws of 1870.

*R. H. Strahan,* for respondent.

*E. D. Smith,* for appellants.

DONOHUE, J.

The head-note states the only points passed upon in the opinion.
*New trial granted.*